MEMORANDUM DECISIONS. **1123**

In re COMFORT. (Supreme Court, Appellate Division, Second Department. January 12, 1897.) Application by Horace Comfort for admission to practice as an attorney and counselor. No opinion. Application granted, and applicant may appear and take the oath.

COX, Respondent, v. UNION ELECTRIC RY. CO. OF SARATOGA, Appellant. (Supreme Court, Appellate Division, Third Department. January 12, 1897.) Action by William Cox against the Union Electric Railway Company of Saratoga. No opinion. Judgment affirmed, with costs, with leave to answer over in 20 days upon payment of costs.

CYPHERS, Appellant, v. CITY OF JOHNSTOWN, Respondent. (Supreme Court, Appellate Division, Third Department. January 15, 1897.) Action by Lewellyn D. Cyphers against the City of Johnstown. No opinion. Judgment and order affirmed, with costs.

In re DAILY. (Supreme Court, Appellate Division, Second Department. December 22, 1896.) No opinion. Motion to compel the mayor, etc., of the city of New York to print and serve papers on appeal granted, without costs.

DAVIES et al. v. CLARK. (Supreme Court, Appellate Division, First Department. December 18, 1896.) Action by William G. Davies and others against Francis A. Clark. No opinion. The case of Halliburton v. Clapp, 149 N. Y. 183, 43 N. E. 558, holds that an appeal may be taken as matter of right. No leave is therefore necessary. See 41 N. Y. Supp. 825.

DAVIS, Respondent, v. GIRARD FIRE & MARINE INS. CO. OF PHILADELPHIA, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 16, 1896.) Action by Isaac Davis against the Girard Fire & Marine Insurance Company of Philadelphia. No opinion. Judgment and order affirmed, with costs. All concur, except FOLLETT, J., dissenting.

DAVIS, Respondent, v. MICHIGAN FIRE & MARINE INS. CO. OF DETROIT, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 16, 1896.) Action by Isaac Davis against the Michigan Fire & Marine Insurance Company of Detroit. No opinion. Judgment and order affirmed, with costs. All concur, except FOLLETT, J., dissenting.

DAWSON, Appellant, v. PIONEER BUILDING, LOAN & SAVINGS ASS'N OF TROY, Respondent. (Supreme Court, Appellate Division, Third Department. January 15, 1897.) Action by Mary A. Dawson, as executrix, etc., against the Pioneer Building, Loan & Savings Association of Troy. No opinion. Order affirmed, with $10 costs and disbursements.

DECHERT v. MUNICIPAL ELECTRIC LIGHTING CO. (Supreme Court, Appellate Division, First Department. December 22, 1896.) Action by Yellott D. Dechert against the Municipal Electric Lighting Company. No opinion. Motion for reargument denied, with $10 costs. See 41 N. Y. Supp. 692.

DELANEY, Respondent, v. VALENTINE et al., Appellants (three cases). (Supreme Court, Appellate Division, Third Department. December 8, 1896.) Actions by William J. Delaney, as receiver, etc., against Thomas B. Valentine and others. Walter P. Butler and Edgar T. Brackett, for appellants. W. A. Pierson (A. W. Shepherd, of counsel), for respondent.

PARKER, P. J. I cannot discover any question in this case that was not decided by the general term on the former appeal. See 80 Hun, 476, 30 N. Y. Supp. 512. The law as then laid down fully sustains the conclusions of the trial judge in the record before us. It is not the province of this court to review the decisions of that court. Being controlled by that decision, therefore, I conclude that the judgment appealed from should be affirmed, with costs. Judgment in each of the cases affirmed, with costs. All concur, except PUTNAM, J., not acting. See 42 N. Y. Supp. 335, 571.

DIETZ v. FIELD et al. (Supreme Court, Appellate Division, Second Department. December 22, 1896.) Action by Robert E. Deitz against Edward M. Field and others. No opinion. Motion for leave to appeal to the court of appeals denied. See 41 N. Y. Supp. 1087.

DONALD v. GARDNER. (Supreme Court, Appellate Division, First Department. January 15, 1897.) Action by William M. Donald against F. Jerome Gardner. No opinion. Motion denied.